IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2148-D

| | | |
|---|---|---|
| SHORID QUINTAZ CANNADY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On August 25, 2026, Shorid Quintaz Cannady ("Cannady" or "petitioner"), a federal inmate proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. On August 28, 2026, Magistrate Judge Jones issued an order of deficiency directing Cannady to file his petition on the forms prescribed for use by this court and to either pay the filing fee or apply to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Cannady that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id.

Cannady failed to comply with Magistrate Judge Jones's order, and the time within which to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 30 day of September, 2026.

JAMES C. DEVER III
United States District Judge